AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED
JUL 22 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carlos Eloy FLORES-Hernandez, YOB: 1998, MEX | ) | Case No. M-19-1694-M |
| Luis Angel MURATALLA-Rodriguez, YOB: 1994, MEX | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC, 846 | Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 101.5 kilograms or more of Marijuana, a Schedule I Controlled Substance |
| 21 USC, 841 (a)(1) | Knowingly and Intentionally possess with Intent to Distribute approx. 101.5 kilograms or more of Marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A".

☑ Continued on the attached sheet.

Approved Mike Mitchell
7-22-19

*Complainant's signature*

Aaron Turner, DEA Speical Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/22/2019

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

On July 21, 2019, at approximately 5:00 p.m. USBP Agents from Rio Grande City Station were conducting patrol duties near the Rio Grande River in Roma, Texas. Agents operating cameras advised via service radio of possible illegal traffic near the purple apartments. The camera operator observed subjects carrying bundles consistent with the packaging of narcotics towards the purple apartments. This area is commonly used by both alien and narcotic smugglers due to its close proximity to the border and egress routes.

Shortly after observing the subjects with the bundles, BP Agents advise of a white Ford Explorer heading north from the purple apartments at a high rate of speed towards Highway 83. Agents observed the driver of the white Ford Explorer cross Highway 83 East and Highway 83 West without stopping at the designated stop signs. BP Agents began following the vehicle as it turned westbound on Ozaka St. At this time it was apparent the driver of the vehicle was eluding BP Agents, as it continued traveling in and out of neighborhood streets.

The vehicle came to a complete stop and both occupants exited through the front doors and began running away from agents. The driver was observed wearing a long sleeve dark camouflage shirt, who was later identified as Carlos Eloy FLORES-Hernandez. The front passenger was observed wearing red and white shorts and a dark grey shirt, later identified as Luis Angel MURATALLA-Rodriguez.

BP Agents located 4 large bundles of marijuana weighing approximately 101.5 kilograms inside of the vehicle from where FLORES-Hernandez and MURATALLA-Rodriguez had absconded. Agents were able to apprehend both FLORES-Hernandez and MURATALLA-Rodriguez a short distance from the vehicle. BP Agents proceeded to transport the subjects and vehicle containing the narcotics back to the USBP Station.

At the Rio Grande City Station under Miranda Advisement and waiver MURATALLA-Rodriguez denied any knowledge of the narcotics inside of the vehicle.

Under Miranda Advisement FLORES-Hernandez advised agents, he was going to get paid an unknown amount of U.S. Currency for transporting the marijuana. FLORES-Hernandez admitted to being the driver and stated MURATALLA-Rodriguez was with him the entire time and had knowledge of them driving marijuana to an unknown location.